# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: 1:21-CV-3151                                         Date Filed: 6/3/2021

Plaintiff:
**Alan Goulet**

vs.

Defendant:
**Contenido, LLC d/b/a Portada, and Does 1 through 10 inclusive**

State of New York, County of Albany)ss.:

Received by THE SERVINATOR, INC. to be served on **Contenido, LLC s/h/a Contenido, LLC d/b/a Portada.**

I, James Boland, being duly sworn, depose and say that on the **22nd day of October, 2021** at **3:15 pm**, I:

Served the within named **LIMITED LIABILITY COMPANY, Contenido, LLC s/h/a Contenido, LLC d/b/a Portada,** by delivering two true copies of the **Summons in a Civil Action, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Copyright Infringement Complaint with Exhibits A - C pursuant to section 303 LLCL together with statutory service fee in the amount of $40.00** to Nancy Dougherty as Business Document Specialist of The New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12231, the New York State Department of State being the **Registered Agent/Statutory Agent** of record of the within named limited liability company, in compliance with state statutes.

**Description** of Person Served: Age: 61, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I am over the age of 18 and have no interest in the above action.

**James Boland**
Process Server

Subscribed and Sworn to before me on the 29th day of October, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified In Albany County
My Commission Expires February 28, 2022

THE SERVINATOR, INC.
41 State Street
Suite 604-13
Albany, NY  12207
(518) 432-7378
Our Job Serial Number: 2021003814

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x